**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

MICHAEL HAYNES,

    Plaintiff,

v.                                                        CASE NO. 1:12cv37-MP-GRJ

UCI FOOD SERVICE,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 23, 2012. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's motion for leave to proceed *in forma pauperis* (doc. 2) is DENIED.

3.    This case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

4.    Pursuant to the court's order in Case No. 1:08-cv-3-MP-AK (doc. 5), the Clerk is directed not to file further lawsuits submitted by plaintiff until the pleadings are reviewed by the court and leave granted for such filing.

**DONE and ORDERED** this 27th day of March, 2012.

                                                              *s/ M. Casey Rodgers*
                                                              **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**